# United States District Court

FOR THE
NORTHERN DISTRICT OF CALIFORNIA

VENUE: SAN FRANCISCO

FILED
JUL 25 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

V.

ROGER KARLSSON,
a/k/a "Steve Heyden,"
a/k/a "Euclid Deodoris,"
a/k/a "Joshua Millard,"
a/k/a "Lars Georgsson,"
a/k/a "Paramon Larasoft,"
a/k/a "Kenth Westerberg,"

and

EASTERN METAL SECURITIES,
a/k/a "EMS,"

DEFENDANT(S).

CR 19 340

CRB

## INDICTMENT

18 U.S.C. § 1343 - Wire Fraud;
18 U.S.C. § 1956(a)(1)(B)(i) - Money Laundering;
15 U.S.C. §§ 78j(b) and 78ff and 17 C.F.R. § 240.10b-5 - Securities Fraud;
18 U.S.C. § 981(a)(1)(C) & 28 U.S.C. § 2461(c) - Forfeiture Allegation

_____
A true bill.

_____ Foreman

Filed in open court this ____ day of July 2019

_____ ROSE MAHER
Clerk

THOMAS S. HIXSON
UNITED STATES MAGISTRATE JUDGE    Bail, $ _____

NO BAIL WARRANT

AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT
☐ SUPERSEDING

─── OFFENSE CHARGED ───
18 U.S.C. § 1343 – Wire Fraud;
18 U.S.C. § 1956(a)(1)(B)(i) – Money Laundering;
15 U.S.C. §§ 78j(b) and 78ff and 17 C.F.R. § 240.10b-5 – Securities Fraud;
18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c) – Forfeiture Allegation

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: See attachment.

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

─── DEFENDANT - U.S ───
ROGER KARLSSON, a/k/a "Steve Heyden," a/k/a "Euclid Deodoris," a/k/a "Joshua Millard," a/k/a "Lars Georgsson," a/k/a "Paramon Larasoft," a/k/a "Kenth Westerberg," and EASTERN METAL SECURITIES, a/k/a "EMS"

DISTRICT COURT NUMBER
CR 19   340
CRB

FILED
JUL 25 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

─── PROCEEDING ───
Name of Complaintant Agency, or Person (& Title, if any)
FEDERAL BUREAU OF INVESTIGATION

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY   ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on this form   David L. Anderson
☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   William Frentzen

─── DEFENDANT ───
IS NOT IN CUSTODY
   Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY
4) ☒ On this charge
5) ☐ On another conviction    ☐ Federal ☐ State
6) ☐ Awaiting trial on other charges
   If answer to (6) is "Yes", show name of institution

Has detainer been filed?   ☐ Yes   If "Yes" give date filed
   ☐ No

DATE OF ARREST ▶   Month/Day/Year
Or... If Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶   Month/Day/Year

☐ This report amends AO 257 previously submitted

─── ADDITIONAL INFORMATION OR COMMENTS ───

PROCESS:
☐ SUMMONS   ☐ NO PROCESS*   ☒ WARRANT     Bail Amount:

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance
Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:              Before Judge:

Comments:

DAVID L. ANDERSON (CABN 149604)
United States Attorney

FILED

JUL 25 2019

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> ROGER KARLSSON, <br> a/k/a "Steve Heyden," <br> a/k/a "Euclid Deodoris," <br> a/k/a "Joshua Millard," <br> a/k/a "Lars Georgsson," <br> a/k/a "Paramon Larasoft," <br> a/k/a "Kenth Westerberg," <br> and <br> EASTERN METAL SECURITIES, <br> a/k/a "EMS," <br> Defendants. | CASE NO. CR 19 340 CRB <br><br> VIOLATIONS: <br> 18 U.S.C. § 1343 – Wire Fraud; <br> 18 U.S.C. § 1956(a)(1)(B)(i) – Money Laundering; <br> 15 U.S.C. §§ 78j(b) and 78ff and 17 C.F.R. § 240.10b-5 – Securities Fraud; <br> 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c) – Forfeiture Allegation <br><br> SAN FRANCISCO VENUE |

## INDICTMENT

The Grand Jury charges:

### Introductory Allegations

At all times relevant to this Indictment:

1.  Defendant Roger KARLSSON was a Swedish citizen. KARLSSON created and administered Defendant EASTERN METAL SECURITIES (www.easternmetalsecurities.com), as well as other fraudulent websites including HCI25 (www.hci25.net) and CIPP2023 (www.cipp2023.com).

INDICTMENT

2. Defendant EASTERN METAL SECURITIES, a/k/a "EMS" was a business and website (www.easternmetalsecurities.com) designed to communicate false representations to investors to defraud them of their money and property. The primary investment product was referred to as a "Pre Funded Reversed Pension Plan." Investments into EASTERN METAL SECURITIES were represented to cost approximately $98 per share and shares were represented to be worth in excess of approximately $45,000, as well as being fully guaranteed. KARLSSON and EASTERN METAL SECURITIES made false statements designed to cause investors to send them money and property, including in and through the Northern District of California. Investments into EASTERN METAL SECURITIES constituted sales of securities by KARLSSON and EASTERN METAL SECURITIES, as that term is defined by Title 15, United States Code, Section 78j(b) and Title 17, Code of Federal Regulations, Section 240.10b-5. Investors included victims located in the Northern District of California.

3. Investors into EASTERN METAL SECURITIES sent money to KARLSSON and EASTERN METAL SECURITIES and to others, known and unknown to the Grand Jury. Investments were delivered to KARLSSON and EASTERN METAL SECURITIES, often using virtual currency, such as Bitcoin. Bitcoin is a form of value that is able to be transacted across thousands of computers connected on the internet, all running the Bitcoin software. Some of the transfers to KARLSSON involved virtual currency exchangers including virtual currency exchangers in the Northern District of California.

COUNT ONE:        (18 U.S.C. § 1343 – Wire Fraud)

4. Paragraphs 1 through 3 of this Indictment are re-alleged and incorporated as if fully set forth here.

5. Beginning on or about November 27, 2012, and continuing through on or about June 19, 2019, in the Northern District of California and elsewhere, the defendants,

ROGER KARLSSON, a/k/a "Steve Heyden," a/k/a "Euclid Deodoris," a/k/a "Joshua Millard," a/k/a "Lars Georgsson," a/k/a "Paramon Larasoft," a/k/a "Kenth Westerberg," and EASTERN METAL SECURITIES, a/k/a "EMS,"

and others, each aided and abetted by the other, knowingly and with the intent to defraud participated in, devised, and intended to devise a scheme and artifice to defraud as to a material matter, and to obtain money and property by means of materially false and fraudulent pretenses, representations, and

promises, and by means of omission and concealment of material facts, and for the purpose of executing the aforementioned scheme and artifice to defraud, the defendants did knowingly transmit and cause to be transmitted in interstate and foreign commerce, by means of wire communications, certain writings, signs, signals, pictures, and sounds, specifically, the use of the website www.easternmetalsecurities.com as well as use of Virtual Currency Exchange X, not a defendant herein, to transmit virtual currency through the Northern District of California and to defendant KARLSSON.

All in violation of Title 18, United States Code, Section 1343.

COUNT TWO:        (15 U.S.C. § 78j(b) and 78ff; 17 C.F.R. § 240.10b-5 – Securities Fraud)

6.      Paragraphs 1 through 3 of this Indictment are re-alleged and incorporated as if fully set forth here.

7.      Beginning on or about November 27, 2012, and continuing through on or about June 19, 2019, in the Northern District of California and elsewhere, the defendants,

ROGER KARLSSON, a/k/a "Steve Heyden," a/k/a "Euclid Deodoris," a/k/a "Joshua Millard," a/k/a "Lars Georgsson," a/k/a "Paramon Larasoft," a/k/a "Kenth Westerberg," and EASTERN METAL SECURITIES, a/k/a "EMS,"

and others, each aided and abetted by the other, did knowingly and willfully use and employ manipulative and deceptive devices and contrivances and directly and indirectly: (i) employ devices, schemes, and artifices to defraud; (ii) make untrue statements of material facts and omit to state material facts necessary in order to make the statements made, in light of the circumstances under which they were made, not misleading; and (iii) engage in acts, practices, and courses of business which would and did operate as a fraud and deceit upon members of the investing public, in connection with the purchases and sales of securities and by the use and of the instruments of communication in interstate commerce and the mails.

All done in violation of Title 15, United States Code, Sections 78j(b) and 78ff; and Title 17, Code of Federal Regulations, Section 240.10b-5.

INDICTMENT                                              3

COUNT THREE: (18 U.S.C. § 1956(a)(1)(B)(i) and 2 – Money Laundering)

8. Paragraphs 1 through 3 of this Indictment are re-alleged and incorporated as if fully set forth here.

9. Beginning on or about November 27, 2012, and continuing through on or about June 19, 2019, in the Northern District of California and elsewhere, the defendants,

ROGER KARLSSON, a/k/a "Steve Heyden," a/k/a "Euclid Deodoris," a/k/a "Joshua Millard," a/k/a "Lars Georgsson," a/k/a "Paramon Larasoft," a/k/a "Kenth Westerberg," and EASTERN METAL SECURITIES, a/k/a "EMS,"

and others, each aided and abetted by the other, did knowingly conduct and attempt to conduct financial transactions affecting interstate and foreign commerce which involved the proceeds of a specified unlawful activity, that is wire fraud and securities fraud, knowing that the transaction was designed in whole and in part to conceal and disguise the nature, location, source, ownership, and proceeds of said specified unlawful activity, and that while conducting and attempting to conduct such financial transaction, knew that the property involved in the financial transaction represented the proceeds of some form of unlawful activity.

All in violation of Title 18, United States Code, Sections 1956(a)(1)(B)(i), and 2.

FORFEITURE ALLEGATION: (18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c))

10. The allegations contained in this Indictment are re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c).

11. Upon conviction for Count One or Two as set forth in this Indictment, the defendants,

ROGER KARLSSON, a/k/a "Steve Heyden," a/k/a "Euclid Deodoris," a/k/a "Joshua Millard," a/k/a "Lars Georgsson," a/k/a "Paramon Larasoft," a/k/a "Kenth Westerberg," and EASTERN METAL SECURITIES, a/k/a "EMS,"

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), all property, real or personal, constituting, or derived from proceeds the defendant obtained directly and indirectly, as the result of those violations, including but not limited to the following:

a. Money Judgment: a sum of money equal to the total gross proceeds obtained as a result of the offenses;

b. The Elysian Pearl Resort and Bungalows, located at 21/24 Moo 2 Rural Road, Baan-Dan-Mai, Koh Chang, Thailand, including all real property, buildings, appurtenances, and improvements thereon;

c. The residence and real property located at New Nordic Bangtao Water World Condominium, Tambon Cherngtalay, Amphoe Thalang, Phuket Province, Thailand, Unit Number N-BWC-D304;

d. The residence and real property located at New Nordic Bangtao Water World Condominium, Tambon Cherngtalay, Amphoe Thalang, Phuket Province, Thailand, Unit Number N-BWC-D313;

e. The residence and real property located at New Nordic Castle, Apartment No NCA1-703, Pratamnak Hill Soi 4, Muang Pattaya, Amphoe Banglamung, Chonburi Province, Thailand;

f. The residence and real property located at New Nordic's Club 5 Condominium, Unit Number NCL5-202, Pratamnak Hill Soi 4, Muang Pattaya, Amphoe Banglamung, Chonburi Province, Thailand;

g. The residence and real property located at New Nordic Boutique Condominium, Unit Number NBT-706, Tambon Nongprue, Amphoe Banglamung, Chonburi Province, Thailand;

h. The residence and real property located at Emerald Palace Pattaya, 378/352 Moo 12 Kasetsin Soi 9, Prathamnak Road Soi 1, Nongprue, Banglamung, Chonburi, Thailand;

i. All funds maintained at Krung Thai Bank Public Company in account number 2270316290, held in the name ROGER NILS-JONAS KARLSSON;

j. All funds maintained at Siam Commercial Bank Public Co. Ltd. in account number 8562354260, held in the name ROGER NILS JONAS KARLSSON;

k. All funds maintained at Kasikornbank Public Company Limited in account number 0388036648, held in the name ROGER KARLSSON; and

INDICTMENT                                      5

l.     All funds maintained at Bitcoin Co. Ltd. in the name of ROGER KARLSSON registered using the email address roger.karlsson@siamcasa.com.

If any of the property described above, as a result of any act or omission of the defendant:

    a.     cannot be located upon exercise of due diligence;

    b.     has been transferred or sold to, or deposited with, a third party;

    c.     has been placed beyond the jurisdiction of the court;

    d.     has been substantially diminished in value; or

    e.     has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

All pursuant to Title 18, United States Code, Section 981(a)(1)(C), Title 28, United States Code, Section 2461(c), and Federal Rule of Criminal Procedure 32.2.

FORFEITURE ALLEGATION:    (18 U.S.C. § 982(a)(1))

12.    The allegations contained in this Indictment are re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 982(a)(1).

13.    Upon conviction for the offense set forth in Count Three of this Indictment, the defendants, ROGER KARLSSON, a/k/a "Steve Heyden," a/k/a "Euclid Deodoris," a/k/a "Joshua Millard," a/k/a "Lars Georgsson," a/k/a "Paramon Larasoft," a/k/a "Kenth Westerberg," and EASTERN METAL SECURITIES, a/k/a "EMS," shall forfeit to the United States, pursuant to Title 18, United States Code, Section 982(a)(1), all property, real or personal, involved in said violations, and any property traceable to such property, including, but not limited to, the following:

    a.     Money Judgment: a sum of money equal to the total value of the property involved in the commission of the offense;

    b.     The Elysian Pearl Resort and Bungalows, located at 21/24 Moo 2 Rural Road, Baan-Dan-Mai, Koh Chang, Thailand, including all real property, buildings, appurtenances, and improvements thereon;

INDICTMENT      6

    c.    The residence and real property located at New Nordic Bangtao Water World Condominium, Tambon Cherngtalay, Amphoe Thalang, Phuket Province, Thailand, Unit Number N-BWC-D304;

    d.    The residence and real property located at New Nordic Bangtao Water World Condominium, Tambon Cherngtalay, Amphoe Thalang, Phuket Province, Thailand, Unit Number N-BWC-D313;

    e.    The residence and real property located at New Nordic Castle, Apartment No NCA1-703, Pratamnak Hill Soi 4, Muang Pattaya, Amphoe Banglamung, Chonburi Province, Thailand;

    f.    The residence and real property located at New Nordic's Club 5 Condominium, Unit Number NCL5-202, Pratamnak Hill Soi 4, Muang Pattaya, Amphoe Banglamung, Chonburi Province, Thailand;

    g.    The residence and real property located at New Nordic Boutique Condominium, Unit Number NBT-706, Tambon Nongprue, Amphoe Banglamung, Chonburi Province, Thailand;

    h.    The residence and real property located at Emerald Palace Pattaya, 378/352 Moo 12 Kasetsin Soi 9, Prathamnak Road Soi 1, Nongprue, Banglamung, Chonburi, Thailand;

    i.    All funds maintained at Krung Thai Bank Public Company in account number 2270316290, held in the name ROGER NILS-JONAS KARLSSON;

    j.    All funds maintained at Siam Commercial Bank Public Co. Ltd. in account number 8562354260, held in the name ROGER NILS JONAS KARLSSON;

    k.    All funds maintained at Kasikornbank Public Company Limited in account number 0388036648, held in the name ROGER KARLSSON; and

    l.    All funds maintained at Bitcoin Co. Ltd. in the name of ROGER KARLSSON registered using the email address roger.karlsson@siamcasa.com.

If any of the property described above, as a result of any act or omission of the defendant:

    a.    cannot be located upon exercise of due diligence;

INDICTMENT       7

      b.      has been transferred or sold to, or deposited with, a third party;

      c.      has been placed beyond the jurisdiction of the court;

      d.      has been substantially diminished in value; or

      e.      has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b)(1).

All pursuant to Title 18, United States Code, Sections 981(a)(1) and 982(a)(1) and (b)(1), Title 28, United States Code, Section 2461(c), and Federal Rule of Criminal Procedure 32.2.

DATED: 7/25/19

A TRUE BILL.

_____
FOREPERSON

DAVID L. ANDERSON
United States Attorney

_____
WILLIAM FRENTZEN
KAREN BEAUSEY
Assistant United States Attorneys
CATHERINE ALDEN PELKER
Trial Attorney

INDICTMENT        8

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**FILED**
JUL 25 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

# CRIMINAL COVER SHEET

*Instructions:* Effective November 1, 2016, this Criminal Cover Sheet must be completed and submitted, along with the Defendant Information Form, for each new criminal case.

| | |
|---|---|
| **CASE NAME:** USA v. ROGER KARLSSON, a/k/a "Steve Heyden," a/k/a "Euclid Deodoris," a/k/a "Joshua Millard," a/k/a "Lars Georgsson," a/k/a "Paramon Larasoft," a/k/a "Kenth Westerberg," and EASTERN METAL SECURITIES, a/k/a "EMS" | **CASE NUMBER:** CR 19 340 |
| **Is This Case Under Seal?** | Yes  No ✓ |
| **Total Number of Defendants:** | 1   2-7 ✓   8 or more |
| **Does this case involve ONLY charges under 8 U.S.C. § 1325 and/or 1326?** | Yes   No ✓ |
| **Venue (Per Crim. L.R. 18-1):** | SF ✓   OAK   SJ |
| **Is this a potential high-cost case?** | Yes   No ✓ |
| **Is any defendant charged with a death-penalty-eligible crime?** | Yes   No ✓ |
| **Is this a RICO Act gang case?** | Yes   No ✓ |
| **Assigned AUSA (Lead Attorney):** William Frentzen | **Date Submitted:** 07/25/2019 |
| **Comments:** | |

Form CAND-CRIM-COVER (Rev. 11/16)    RESET FORM    SAVE PDF